# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-7076** **September Term, 2026**

**1:26-cv-00298-AHA**

**Filed On: November 21, 2026** **[2204520]**

Sushi Network Technology Culture World Development Inc., d/b/a EternaSavor,

Appellant

v.

Google LLC and Squarespace, Inc.,

Appellees

## O R D E R

Upon consideration of the motions to extend time and for a ruling, it is

**ORDERED** that appellant either (1) have counsel enter an appearance in this case or (2) show cause why the case should not be dismissed, by December 23, 2026. Failure by appellant to comply with this order may result in dismissal of this appeal for lack of prosecution. See D.C. Cir. Rule 38.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Catherine J. Lavender
Deputy Clerk